NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE TREND MICRO INCORPORATED, TREND MICRO, INC. (USA), CHECK POINT SOFTWARE TECHNOLOGIES LTD., CHECK POINT SOFTWARE TECHNOLOGIES, INC., AND SYMANTEC CORP.,
*Petitioners.*

---

Miscellaneous Docket No. 119

---

On Petition for Writ of Mandamus to the United States District Court for the District of Delaware in case no. 10-CV-1067, Judge Leonard P. Stark.

ON PETITION

---

Before BRYSON, MAYER, LINN, *Circuit Judges.*

PER CURIAM.

## ORDER

Trend Micro Incorporated, Trend Micro, Inc. (USA), Check Point Software Technologies Ltd., Check Point Software Technologies, Inc., and Symantec Corp. (collectively, Trend Micro) seek a writ of mandamus directing the United States District Court for the District of Delaware to vacate its order denying Trend Micro's motion to

transfer venue, and to direct the Delaware district court to transfer the case to the United States District Court for the Northern District of California.

We deem it the better course for Trend Micro to first move the district court for reconsideration of its order denying a transfer of venue in light of *In re Link_A_Media Devices Corp.*, 662 F.3d 1221 (Fed. Cir. 2011). We therefore deny Trend Micro's petition for a writ of mandamus without prejudice to refiling.

Accordingly,

IT IS ORDERED THAT:

The petition for a writ of mandamus is denied without prejudice.

FOR THE COURT

APR 0 2 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Clement S. Roberts, Esq.
    Mark A. Flagel, Esq.
    Yarmea Roman Chaikovsky, Esq.
    Joseph J. Farnan, III, Esq.
    Clerk, United States District Court For The District
Of Delaware

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 0 2 2012

JAN HORBALY
CLERK